THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAR-SHA SIBBLIES, Appellant.

Submitted June 10, 2013; decided June 25, 2013

Motion for assignment of counsel granted and Steven Banks, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge ABDUS-SALAAM taking no part.

In the Matter of RCN TELECOM SERVICES OF NEW YORK, LP, et al., Appellants, v DAVID M. FRANKEL et al., Respondents.

Submitted April 29, 2013; decided June 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

ELIZABETH A. SPIELFOGEL, Appellant, v LARRY R. SPIELFOGEL, Respondent.

Submitted April 29, 2013; decided June 25, 2013

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements.

Motion for a stay dismissed as academic.

SUNRISE CHECK CASHING AND PAYROLL SERVICES, INC., et al., Respondents, v TOWN OF HEMPSTEAD, Appellant.

Submitted March 25, 2013; decided June 25, 2013

Motion for reargument denied [see 20 NY3d 481 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.